UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LANDON MATT FULLER (DOC #629415) | DOCKET NO. 5:16-cv-420; SEC. "P" |
| VERSUS | JUDGE FOOTE |
| JERRY GOODWIN | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 10), and having thoroughly reviewed the record, including the written objection filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus filed under 28 U.S.C. § 2254 is hereby **DENIED** and **DISMISSED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 25th day of August, 2017.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE